BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAKILA A. CABRERA,<br><br>   Defendant and Judgment Debtor.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>   Garnishee. | CASE. NO.:  2:11MC00059-JAM<br><br>**APPLICATION FOR AN ORDER TERMINATING WAGE GARNISHMENT; AND ORDER** |

By this proceeding, the United States garnished defendant Dakila A. Cabrera's wages from his employer, California Department of Transportation.  On October 2, 2014, California Department of Transportation terminated Defendant's employment.  Defendant's termination and California Department of Transportation's failure to rehire him within 90 days from termination date warrant termination of this wage garnishment action.  28 U.S.C. § 3205(c)(10)(B).  Accordingly, the United States requests that the Court terminate the pending wage garnishment.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/_____
Dated:  3/20/2015                   KURT A. DIDIER
                                      Assistant United States Attorney

**ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating wage garnishment (the "Application"), and finding good cause therefor, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Dakila A. Cabrera is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

**IT IS SO ORDERED.**

Dated:  3/24/2015                                    /s/ John A. Mendez_____
                                                              JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE