IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAKILA A. CABRERA,<br><br>Defendant.<br><hr>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Garnishee. | CASE NO.: 2:11-MC-00059-JAM-DB<br><br>**ORDER GRANTING APPLICATION FOR A FINAL ORDER OF CONTINUING GARNISHMENT (WAGES)** |

Pending before the Court is the United States' unopposed application for a final order of continuing garnishment (the Application) for the garnishment of defendant Dakila A. Cabrera's non-exempt disposable wages, commissions, bonuses, and any other compensation (the Wages) paid to him by garnishee California Department of Corrections (the Garnishee). The Application seeks the total amount of $12,587.21, calculated as of July 18, 2017, and representing the $11,442.92 judgment balance plus a $1,144.29 litigation surcharge. The Court, finding good cause therefrom, hereby GRANTS the Application.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendant Dakila A. Cabrera's non-exempt disposable Wages are GARNISHED.

2. The United States is ENTITLED to recover the ten percent (10%) litigation surcharge

1 | authorized under 28 U.S.C. § 3011(a) in addition to the unpaid judgment balance.

2 |     3.    The Garnishee shall DELIVER, within twenty (20) days of the date this Order is filed, a cashier's check or money order to the U.S. Department of Justice in the amount of twenty-five percent (25%) of the Wages Defendant received from the Garnishee, from June 19, 2017, the date Garnishee acknowledged receipt of the United States' writ of garnishment, through the filing date of this order.

    4.    Thereafter, the Garnishee shall DELIVER to the U.S. Department of Justice monthly payments in the amount of 25% of the monthly non-exempt disposable Wages Garnishee pays the Defendant until the later of: the judgment debt and litigation surcharge being paid in full; the date Garnishee no longer pays Defendant any wages, commissions, bonuses and any other compensation; or further order of this Court. The Garnishee shall NOTIFY Michelle Lecroy of the United States Attorney's Office, Eastern District of California, Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, CA 95831 (telephone 916-554-2933) if the amount of Defendant's monthly Wages changes or the payments cease.

    5.    The Garnishee shall MAKE the ordered payments payable to the "U.S. Department of Justice" and deliver the payments to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO, 63179-0363. The Garnishee shall also state the civil docket number (Case No.: 2:11-mc-00059-JAM-DB) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated: July 19, 2017

JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER

2